THE STATE EX REL. ROY, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Roy v. Indus. Comm.* (1998), 83 Ohio St.3d 137.]

(No. 96–2673—Submitted July 15, 1998—Decided September 16, 1998.)

*Sheerer & Pitts Co., L.P.A.,* and *Thomas R. Pitts,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Mary Ann O. Rini,* Assistant Attorney General, for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.